IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOGDAD ALI-DBA RAY BON GROCERY, <br> BABCOCK FOOD MART INC. <br>    *Plaintiffs,* <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY <br> INSURANCE COMPANY <br> SOLANGE WHITE <br>    *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 5:17-cv-987 |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Bogdad Ali-DBA Ray Bon Grocery and Babcock Food Mart, Inc. ("Plaintiffs") and Defendant Allied Property and Casualty Insurance Company hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against defendants Allied Property and Casualty Insurance Company and Solange White ("Defendants") related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 12, 2016.

2. Plaintiffs and Allied Property and Casualty Insurance Company have since resolved their differences to their mutual satisfaction. Solang White was not served and has not appeared in this action.

3. Plaintiffs move to dismiss the entire suit with prejudice. Allied Property and Casualty Insurance Company agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark K. Whyte* | */s/ Patrick M. Kemp* |
| Marc K. Whyte | Patrick M. Kemp |
| Texas Bar No. 24056526 | Texas Bar No. 24043751 |
| Whyte PLLC | pkemp@smsm.com |
| 1045 Cheever Blvd., Suite 103 | Robert G. Wall |
| San Antonio, Texas 78217 | Texas Bar No. 24072411 |
| mwhyte@whytepllc.com | rwall@smsm.com |
| jsaenz@whytepllc.com | Segal McCambridge Singer & Mahoney |
| (210) 562-2888 | 100 Congress Avenue, Suite 800 |
| (210) 562-2873 - Facsimile | Austin, Texas 78701 |
| | (512) 476-7834 |
| **ATTORNEY FOR PLAINTIFFS** | (512) 476-7832 – Facsimile |

**ATTORNEYS FOR DEFENDANT ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 4th day of December, 2017.

  Marc K. Whyte
  Whyte PLLC
  1045 Cheever Blvd., Suite 103
  San Antonio, Texas 78217

              */s/ Patrick M. Kemp*
              Patrick M. Kemp